### WILLIE FRITZ v. THE STATE.

No. 4190.   Decided October 18, 1916.

**Assault—Conflict in Testimony—Sufficiency of the Evidence.**

Where, upon trial of simple assault, the case was tried before the judge without a jury, and the evidence was sufficient, although conflicting, to sustain the conviction, there was no reversible error.

Appeal from the County Court at Law of Harris. Tried below before the Hon. S. B. Ehrenworth.

Appeal from a conviction of simple assault; penalty, a fine of five dollars.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald*, Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted of a simple assault and fined $5.

The sole question is whether or not the evidence was sufficient to sustain the conviction. The testimony of the State's witnesses was clearly sufficient to sustain the conviction. That of the defendant was clearly sufficient to show that he was not guilty. The case was tried before the judge without a jury. He saw and heard all the witnesses testify, and, of course, was better able to tell who was telling the truth than this court can possibly be.

We are not authorized to disturb the verdict, and the judgment is affirmed.

*Affirmed.*